IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01278-LTB-MJW

ROBERT J. BROWN,

Plaintiff(s),

v.

COLORADO COALITION FOR THE HOMELESS,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (Docket No. 26) is granted, finding good cause shown. The Scheduling Order (Docket No. 17) is thus amended as follows. The discovery deadline is extended up to and including October 10, 2013, for the limited purpose of completing outstanding depositions and written discovery. More specifically, the parties shall have up to and including October 3, 2013, to complete the following five depositions: Nancy Hancock, John Parvensky, Jerry Valdes, Stan Eilert, and Tye Deines; up to and including October 3, 2013, for defendant to respond to plaintiff's written discovery requests; and up to and including October 10, 2013, to complete the 30(b)(6) deposition. The dispositive motion deadline is extended up to and including November 8, 2013.

Date: September 11, 2013