**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01278-LTB

ROBERT J. BROWN,

       Plaintiff,

v.

THE COLORADO COALITION FOR THE HOMELESS,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Joint Motion to Modify Trial and Pretrial Conference Dates (Doc 29 - filed October 30, 2013) is **GRANTED**.

      The Pretrial Conference set **November 22, 2013 is VACATED and RESET for Friday, March 21, 2014 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers, United States Courthouse, 1929 Stout Street, Denver, Colorado.  A proposed Pretrial Order should be filed with the Court one week prior to this conference.

      The five day jury trial set **January 20, 2014 is VACATED and RESET for Monday, May 12, 2014 at 9:00 a.m.**  A final trial preparation conference will be set after the pretrial conference is held.




Dated:  November 6, 2013
_____