**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-01278-LTB-MJW

ROBERT J. BROWN,

       Plaintiff,

v.

THE COLORADO COALITION FOR THE HOMELESS,

       Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc 44 - filed April 22, 2014), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:  April 23, 2014